**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| D WOOD HOTEL, LLC D/B/A SUPER 8 BY WYNDHAM GALAXYS CROSS/ SALT LAKE CITY NORTH, | § | CASE NO. 25-43559 (BTR) |
| | § | |
| | § | CHAPTER 11 |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Mark A. Castillo, Robert C. Rowe, Victor G. Solyanik, and the law firm Carrington, Coleman, Sloman & Blumenthal, L.L.P., have withdrawn as attorneys of record for the parties in interest Jagmohan Dhillon and Amandeep Dhillon (collectively "Dhillons").'

The undersigned counsel notified the Dhillons in writing of their intent to withdraw.

The Dhillons can be contacted directly at 8762 Preston Trace Blvd, Frisco, Texas 75033.

Dated: May 4th, 2026.

Respectfully submitted,

*/s/ Victor G. Solyanik*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
Victor G. Solyanik
Texas State Bar No. 24143426
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214-580-2641
Email: markcastillo@ccsb.com
rrowe@ccsb.com
vsolyanik@ccsb.com

***WITHDRAWING COUNSEL FOR PARTIES IN INTEREST JAGMOHAN DHILLON AND AMANDEEP DHILLON***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties receiving ECF-Notice in this case, including the Debtor and the United States Trustee, and upon the Dhillons via email, on this 4th day of May 2026.

*/s/ Victor G. Solyanik*
Victor G. Solyanik